**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
*mdb@kuzykclassactions.com*
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GARICA and SAMANTHA KOTCHER on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>LENNY & LARRY'S, LLC<br><br>                    Defendant. | **CASE NO.: 24-cv-0569-DMS-VET**<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Samuel
2   Garcia and Samantha Kotcher, by and through their undersigned counsel, hereby file
3   this Notice of Voluntary Dismissal with prejudice as to Plaintiffs and without
4   prejudice as to the putative class.

DATED: August 29, 2024          Respectfully submitted,

_____
Michael D. Braun
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311
Email:  mdb@kuzykclassactions.com

*Counsel for Plaintiffs*